## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| OMNI MEDSCI, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., FOSSIL GROUP, INC., FOSSIL STORES I, INC., FOSSIL PARTNERS, L.P., ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., and ŌURA HEALTH OY, <br><br> Defendants. | Civil Action No. 2:24-cv-01070-JRG-RSP |

### ORDER

Before the Court is Plaintiff Omni Medsci, Inc. Unopposed Motion for an Extension of Time to File Proposed Case Management Orders. **Dkt. No. 43**. Having considered the Motion the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the Parties' deadline to file their proposed Discovery Order and Docket Control Order is extended until April 16, 2025.

It is further **ORDERED** that the Parties' deadline to file a proposed Protective Order is extended until April 23, 2025.

**SIGNED this 11th day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE