## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| OMNI MEDSCI, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., FOSSIL GROUP, INC., FOSSIL STORES I, INC., FOSSIL PARTNERS, L.P., ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., and ŌURA HEALTH OY, <br><br> *Defendants.* | Civil Action No. 2:24-CV- 01070-JRG-RSP <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Omni MedSci, Inc. ("Omni") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Fossil Group, Inc., Fossil Stores I, Inc., Fossil Partners L.P., and Ōura Health Oy ("Defendants")[1] (collectively, "the Parties") respectfully move to amend the First Amended Docket Control Order (Dkt. No. 49). Specifically, the Parties wish to amend the following pending deadlines (as reflected in the attached proposed order) with respect to U.S. Patent No. 12,268,475 ("the '475 patent"), based on Omni's Motion for Leave to Amend to assert the '475 patent (Dkt. No. 56) and Defendants' Notice of Non-Opposition thereto (Dkt. No. 58):

| Current Date | Proposed Date | Case Event |
|---|---|---|
| June 3, 2025 | June 3, 2025 (for all asserted patents except the '475 patent) | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |

---

[1] Omni has initiated service on OnePlus Technology (Shenzhen) Co. Ltd. through the Hague and has written to OnePlus in-house counsel and previous outside counsel for OnePlus regarding a request to waive formal service. *See e.g.*, Dkt. No. 26.

| Current Date | Proposed Date | Case Event |
|---|---|---|
|  | July 18, 2025 (for the '475 patent) |  |
| June 3, 2025 | June 3, 2025 (for all asserted patents except the '475 patent)<br><br>July 18, 2025 (for the '475 patent) | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |

The Parties do not seek these extensions for reasons of undue delay but for good cause. For instance, the Parties seek these extensions to provide the Defendants with more time to prepare their invalidity contentions and subject-matter eligibility contentions for the '475 patent, which issued on April 8, 2025, after the filing of Omni's original and first amended complaints (Dkt. Nos. 1 and 25), and which Omni has moved to add to this case (Dkt. No. 56), with no opposition from Defendants (Dkt. No. 58).

Accordingly, the Parties respectfully request that the Court amend the Docket Control Order as reflected in the attached proposed order.

Dated: June 9, 2025

*/s/ Daniel S. Stringfield w/ permission*
*William E. Davis, III*
William E. Davis III
Texas Bar No. 24047416
bdavis@davisfirm.com
**DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Tel: (903) 230-9090
Fax: (903) 230-9661

Daniel S. Stringfield (Admitted E.D. Tex.)
Illinois Bar No. 6293893
dstringfield@nixonpeabody.com
Timothy P. Maloney (Admitted E.D. Tex.)
Illinois Bar No. 6216483
tmaloney@nixonpeabody.com
Daniel D. Georgiev (Admitted E.D. Tex.)

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Steven Pepe
(NY Bar No. 2810430)
Hyun-Joong (Daniel) Kim
(NY Bar No. 5304761)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Illinois Bar No. 6326950
Texas Bar No. 24136166
Peter Krusiewicz (Admitted E.D. Tex.)
Illinois Bar No. 6342444
**NIXON PEABODY LLP**
70 West Madison
Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

Corey T. Leggett (*pro hac vice* forthcoming)
California Bar No. 342972
cleggett@nixonpeabody.com
**NIXON PEABODY LLP**
1 Embarcadero Center
32nd Floor
San Francisco, CA 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

Elizabeth M. Chiaviello (Admitted E.D. Tex.)
Texas Bar No. 24088913
D.C. Bar No. 90033239
echiaviello@nixonpeabody.com
Benjamin R. Holt (Admitted E.D. Tex.)
D.C. Bar No. 1048285
bholt@nixonpeabody.com
**NIXON PEABODY LLP**
799 9th Street NW
Suite 500
Washington, D.C. 20001
Tel: (202) 585-8000
Fax: (202) 585-8080

***Attorneys for Plaintiff Omni MedSci, Inc.***

Facsimile: (212) 596-9090
Steven.Pepe@ropesgray.com

David S. Chun
(CA Bar No. 315958)
ROPES & GRAY LLP
525 University Ave, 8th Floor
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
David.Chun@ropesgray.com

ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA,
INC.

*/s/ Jared A. Smith*
Neil J. McNabnay
Ricardo Bonilla
FISH & RICHARDSON PC
1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel: 214-747-5070
Fax: 214-717-2091
mcnabnay@fr.com
rbonilla@fr.com

Jared A. Smith
FISH & RICHARDSON PC
12860 El Camino Real Suite 400
San Diego, CA 92130
Tel: 858-678-5070
Fax: 858-678-5099
jasmith@fr.com

ATTORNEYS FOR DEFENDANTS FOSSIL
GROUP, INC., FOSSIL STORES I, INC.,
and FOSSIL PARTNRES, L.P.

*/s/ Shaun W. Hassett*
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 N. College, Suite 900
Tyler, Texas 75702

3

Tel: 903-525-2272
Fax: 903-531-3972
shaunhassett@potterminton.com

Janine A. Carlan
ARENTFOX SCHIFF LLP
1717 K. Street, NW
Washington, DC 20006
Tel: 202-715-8506
Janine.carlan@afslaw.com

Jasjit S. Vidwan
Angeline Premraj
James "Tripp" Fussell
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: 202-263-3000
jvidwan@mayerbrown.com
apremraj@mayerbrown.com
jfussell@mayerbrown.com

COUNSEL FOR DEFENDANT ŌURA
HEALTH OY

4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, the foregoing document has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *William E. Davis, III*
William E. Davis, III

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and this motion is filed jointly.

/s/ *William E. Davis, III*
William E. Davis, III