## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

OMNI MEDSCI, INC.,

      Plaintiff,

v.

SAMSUNG ELECTRONICS, CO. LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., FOSSIL GROUP, INC., FOSSIL
STORES I, INC., FOSSIL PARTNERS,
L.P., ONEPLUS TECHNOLOGY
(SHENZHEN) CO., LTD., and ŌURA
HEALTH OY,

      Defendants.

Civil Action No. 2:24-cv-01070-JRG-RSP

## ORDER

Before the Court is Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion for Entry of Individualized Scheduling Order. **Dkt. No. 106**. Having reviewed the briefing on the Motion, the Court **GRANTS** it in part.

Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s deadlines[1] are modified as follows:

(1) The deadline to comply with P.R. 4-1 (Exchange Proposed Claim Terms) is hereby extended to **November 7, 2025**;

(2) The deadline to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) is hereby extended to **November 21, 2025**; and

(3) The deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) is hereby extended to **December 2, 2025**.

  **SIGNED this 29th day of October, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Accordingly, the Motion to Enter a Unified Third Amended Docket Control Order (Dkt. No. 107) is **DENIED**.