# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **OMNI MEDSCI, INC.** | § | |
| | § | |
| Plaintiff, | § | **CASE NO. 2:24-cv-1070-JRG-RSP** |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **SAMSUNG ELECTRONICS CO.,** | § | |
| **LTD., ET AL**, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL

Pursuant to the Court's June 16, 2025 Second Amended Docket Control Order [Dkt. No. 65], Defendants hereby notify the Court that they served their Technology Tutorial upon Plaintiff's counsel of record via electronic mail on January 9, 2026.

Dated: January 9, 2026        By:    */s/ Shaun W. Hassett*

James A. Fussell, III
Jasjit S. Vidwan (*pro hac vice*)
Amanda E. Stephenson
Angeline L. Premraj
Paul Choi (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel: 202-263-3000
jfussell@mayerbrown.com
jvidwan@mayerbrown.com
astephenson@mayerbrown.com
apremraj@mayerbrown.com
pchoi@mayerbrown.com
Oura-Omni@mayerbrown.com

Robert G. Pluta
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-701-8641

rpluta@mayerbrown.com
Oura-Omni@mayerbrown.com

Shaun W. Hassett
SBN: 24074372
**POTTER MINTON**
102 North College, Suite 900
Tyler, TX 75702
903-525-2272
shaunhassett@potterminton.com

*Attorneys for Defendant Oura Health Oy*