AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Omni Medsci , Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Samsung Electronics, Co. Ltd., et al. | ) |
| *Defendant* | ) |

Case No.    2:24-cv-01070-JRG-RSP

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Samsung Electronics Co. Ltd. and Samsung Electronics America Inc.                      .

Date:   3/16/2026

/s/ Daniel W. Richards
*Attorney's signature*

Daniel W. Richards - CA Bar No. 280595
*Printed name and bar number*
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

*Address*

drichards@sheppard.com
*E-mail address*

(415) 434-9100
*Telephone number*

(415) 434-3947
*FAX number*