## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OMNI MEDSCI, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:24-cv-01070-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., FOSSIL GROUP, INC., FOSSIL | § | |
| STORES I, INC., FOSSIL PARTNERS, L.P., | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) | § | |
| CO., LTD., ŌURA HEALTH OY, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF OMNI MEDSCI, INC.'S UNOPPOSED MOTION TO AMEND THE
SECOND AMENDED DOCKET CONTROL ORDER (DKT NO. 65)**

Plaintiff Omni MedSci, Inc. ("Omni") respectfully requests that the Court grant the following extensions (none of which are longer than a week) to the Second Amended Docket Control Order ("DCO"):

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof | March 30, 2026 | April 6, 2026 |
| Serve Disclosures for Rebuttal Expert Witnesses | April 20, 2026 | April 27, 2026 |
| Deadline to Complete Expert Discovery | May 4, 2026 | May 11, 2026 |
| *File Dispositive Motions | May 11, 2026 | May 14, 2026 |
| *File Motions to Strike Expert Testimony (including Daubert Motions) | May 11, 2026 | May 14, 2026 |
| *Response to Dispositive Motions (including Daubert Motions). | May 26, 2026 | May 28, 2026 |

Samsung Electronics, Co. Ltd., Samsung Electronics America, Inc., Fossil Group, Inc., Fossil Stores I, Inc., Fossil Partners, L.P., OnePlus Technology (Shenzhen) Co., Ltd., and Ōura Health OY (collectively, "Defendants") are unopposed to this Motion.

Omni seeks these amendments not for undue delay but for good cause. Fact discovery in this case closes March 30, 2026. Several depositions have, however, been scheduled very near this deadline. For the week of the 23rd through the 27th, for instance, there are currently around ten depositions scheduled, implicating witnesses for each party. A week extension for the opening reports deadline will allow the parties and their experts more time to review and incorporate this forthcoming fact-witness deposition testimony. This will lessen the chances that a party will need to engage in the costly and inefficient practice of supplementing an expert report after the deadline. This also means the Court will less likely be burdened with related motions seeking leave.

To accommodate this one-week extension, Omni seeks to move the subsequent deadlines up to responses to dispositive motions by no more than one week as well.  With this deadline, briefing on dispositive motions and motions to strike will close more than four weeks before the pretrial conference, which is set for July 13.

Based on the foregoing, Omni respectfully requests that the Court amends the DCO in accordance with the above table and the attached proposed order.

Date:    March 18, 2026

Respectfully submitted,

*/s/ Daniel S. Stringfieldl w/ permission*
*William E. Davis, III*
William E. Davis, III
Texas Bar No. 24047416
Ty Wilson
Texas Bar No. 24106583
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
(903) 230-9090
bdavis@davisfirm.com
twilson@davisfirm.com

Daniel S. Stringfield (Admitted in E.D. Tex.)
Illinois Bar No. 6293893
Timothy P. Maloney (Admitted in E.D. Tex.)
Illinois Bar No. 6216483
Matthew A. Werber (Admitted E.D. Tex.)
Illinois Bar No. 6287658
Daniel D. Georgiev (Admitted in E.D. Tex.)
Illinois Bar No. 6326950
Texas Bar No. 24136166
Peter C. Krusiewicz (Admitted in E.D. Tex.)
Illinois Bar No. 6342444
Alvaro Cure Dominguez (Admitted E.D. Tex.)
Illinois Bar No. 6343312
**NIXON PEABODY LLP**
70 West Madison St., Suite 5200
Chicago, IL 60602
(312) 977-4400
dstringfield@nixonpeabody.com
tmaloney@nixonpeabody.com
mwerber@nixonpeabody.com
dgeorgiev@nixonpeabody.com
pkrusiewicz@nixonpeabody.com
acuredominguez@nixonpeabody.com

Elizabeth M. Chiaviello (Admitted in E.D. Tex.)
Texas Bar No. 24088913
D.C. Bar No. 90033239
Benjamin R. Holt (Admitted in E.D. Tex.)
D.C. Bar No. 1048285
**NIXON PEABODY LLP**

3

799 9th Street NW, Suite 500
Washington, D.C. 20001
(202) 585-8000
echiaviello@nixonpeabody.com
bholt@nixonpeabody.com

Nicholas Choi (Admitted in E.D. Tex.)
New York Bar No. 5811492
**NIXON PEABODY LLP**
55 West 46th Street
New York, NY 10036
(212) 940-3013
nchoi@nixonpeabody.com

Taylor Pfeifer (Admitted in E.D. Tex.)
California Bar No. 334181
tpfeifer@nixonpeabody.com
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel: (213) 629-6000
Fax: (213) 629-6001

***Attorneys for Plaintiff Omni MedSci, Inc.***


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on March 18, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William E. Davis, III*
William E. Davis, III


## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record met and conferred in accordance with Local Rules CV-7(h) and 7(i). Defendants are unopposed to this Motion.

*/s/ William E. Davis, III*
William E. Davis, III

4