**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

OMNI MEDSCI, INC.,

     *Plaintiff*

  v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., FOSSIL GROUP, INC., FOSSIL
STORES I, INC., FOSSIL PARTNERS, L.P.,
ONEPLUS TECHNOLOGY (SHENZHEN)
CO., LTD., AND OURA HEALTH OY,

     *Defendants.*

Civil Action No.: 2:24-cv-01070-JRG-RSP

JURY TRIAL DEMANDED

**ORDER**

Before the Court is Defendant OnePlus Technology (Shenzhen) Co., Ltd.'s Motion to Sever the Claims Against It.  After due consideration, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that Plaintiff Omni MedSci, Inc.'s claims against Defendant OnePlus Technology (Shenzhen) Co., Ltd. be **SEVERED** from Plaintiff's claims against the other defendants in the instant action, and that a new civil action be opened by the Clerk for the severed claims.