## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

OMNI MEDSCI, INC.,            §
           §
      *Plaintiff*,          §
           §
v.                   §
           §
SAMSUNG ELECTRONICS, CO.    §
LTD., SAMSUNG ELECTRONICS    §
AMERICA, INC., FOSSIL GROUP,    §     Case No. 2:24-cv-01070-JRG-RSP
INC., FOSSIL STORES I, INC.,      §
FOSSIL PARTNERS, L.P.,        §
ONEPLUS TECHNOLOGY       §
(SHENZHEN) CO., LTD., *and* OURA   §
HEALTH OY,              §
           §
      *Defendants*.        §

## ORDER

Defendant Oura Health OY ("Defendant") previously filed a Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 68) and a Motion to Dismiss Plaintiff's Third Amended Complaint. (Dkt. No. 83.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 146), recommending a grant in part of Defendant's Motion to Dismiss. Plaintiff has now filed Objections. (Dkt. No. 159.)

After conducting a *de novo* review of the briefing on the Motions to Dismiss, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation. Therefore it is **ORDERED** that Oura's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 68) be **DENIED AS MOOT**, and Oura's Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. No. 83) be **GRANTED** as to improper joinder; the Motion is otherwise **DENIED**.

So ORDERED and SIGNED this 31st day of March, 2026.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE