**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| OMNI MEDSCI, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., FOSSIL GROUP, INC., FOSSIL<br>STORES I, INC., FOSSIL PARTNERS, L.P.,<br>ONEPLUS TECHNOLOGY (SHENZHEN)<br>CO., LTD., and OURA HEALTH OY,<br><br>    *Defendants*. | CASE NO. 2:24-CV-01070-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF AMANDA E. STEPHENSON IN SUPPORT OF
DEFENDANT OURA HEALTH OY'S OPPOSED MOTION TO SUSPEND
DEADLINES UNDER THE THIRD AMENDED DOCKET CONTROL ORDER**

I, Amanda E. Stephenson, declare as follows.

1.    I am an attorney with the law firm of Mayer Brown LLP. I am admitted to the bars of the State of Virginia and the District of Columbia. I am also admitted to practice in the Eastern District of Texas. I represent Defendant Oura Health Oy ("Oura") in this action.

2.    I am submitting this declaration on behalf of Oura in support of its Motion to Suspend Deadlines Under The Third Amended Docket Control Order.

3.    Attached as Exhibit 1 hereto is a true and correct copy of an email chain between counsel for Oura, Tripp Fussell, and counsel for Plaintiff Omni MedSci, Inc. containing emails from March 17 through April 2, 2026.

I hereby declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

Executed on April 3, 2026 in Arlington, VA.

_/s/ Amanda E. Stephenson_
Amanda E. Stephenson