# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

OMNI MEDSCI, INC.,

    *Plaintiff,*

v.

SAMSUNG ELECTRONICS, CO. LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., FOSSIL GROUP, INC., FOSSIL
STORES I, INC., FOSSIL PARTNERS, L.P.,
ONEPLUS TECHNOLOGY (SHENZHEN)
CO., LTD., and OURA HEALTH OY,

    *Defendants*.

CASE NO. 2:24-CV-01070-JRG-RSP

JURY TRIAL DEMANDED

## ORDER GRANTING OURA HEALTH OY'S OPPOSED MOTION TO SUSPEND DEADLINES UNDER THE THIRD AMENDED DOCKET CONTROL ORDER

Before the Court is Defendant Oura Health Oy's Opposed Motion to Suspend Deadlines

Under the Third Amended Docket Control Order.  After consideration of same, the Court finds

that said Motion should be and hereby is **GRANTED**.