**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OMNI MEDSCI, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 2:24-cv-01070-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | **JURY TRIAL DEMANDED** |
| INC., FOSSIL GROUP, INC., FOSSIL | § | |
| STORES I, INC., FOSSIL PARTNERS, L.P., | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) | § | |
| CO., LTD., ŌURA HEALTH OY, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF OMNI MEDSCI, INC.'S CROSS-MOTION
FOR CONSOLIDATION AND DENYING
<u>DEFENDANT ŌURA HEALTH OY'S OPPOSED MOTION TO SUSPEND DEADLINES</u>**

Before the Court is Plaintiff Omni MedSci, Inc.'s ("Omni") Cross-Motion for Consolidation and Defendant Ōura Health Oy's ("Ōura") Opposed Motion to Suspend Deadlines Under the Third Amended Docket Control Order. Having considered the parties' briefing, the Court **GRANTS** Omni's Motion for Consolidation and **DENIES** Ōura's Motion to Suspend Deadlines under the Third Amended Docket Control Order.

It is hereby **ORDERED** that this case be **CONSOLIDATED** with *Omni MedSci, Inc. v. Ōura Health Oy*, No. 2:26-cv-00289-JRG-RSP such that all filings should be entered in the lead case *Omni MedSci, Inc. v. Samsung Electronics Co., Ltd.*, No. 2:24-cv-01070-JRG-RSP.