**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **OMNI MEDSCI, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>**Defendants.** | **NO. 2:24-CV-01070-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**<u>DECLARATION OF TY WILSON</u>**

I, Ty Wilson, hereby declare as follows:

1. I am an attorney at the law firm of Davis Firm, PC and am admitted to the bar for the State of Texas. I am counsel for Plaintiff Omni MedSci, Inc. ("Omni") in the above-captioned action.

2. I submit this declaration in support of Omni MedSci's Motion to Compel a Pretrial Source Code Review and to Have the Source Code Computer Available at Trial for Review and Generation of Printed Source Code for Use at Trial ("Motion"). I am competent to testify to the matters stated in this declaration, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts of Samsung's Response to Common Interrogatory No. 2.

4. Attached as **Exhibit 2** is a true and correct highlighted copy of excerpts of the April 27, 2026 Noninfringement Expert Report of Dr. R. Jacob Baker Rebuttal Report.

5. Attached as **Exhibit 3** is a true and correct highlighted copy of excerpts of the deposition of Dr. R. Jacob Baker taken on May 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and was executed on August 21, 2026, in El Paso, Texas.

Date: August 21, 2026

*/s/ Ty Wilson*
Ty Wilson