# EXHIBIT 1

[redacted]

**Exhibit 1: Excerpts of Samsung's Responses to Omni's Interrogatory No. 2**

**INTERROGATORY NO. 2**

For each device You identified in response to Interrogatory No. 1, describe in a claim chart the complete and factual basis for Your contention, if any, that each element, limitation, or step of each Asserted Claim for each Asserted Patent is not found within each identified device, including an identification of any element, limitation, or step for which You have no such contention. A complete response should include an identification of supporting documents, by production number, supporting or refuting Your response.

. . .

claim. For example, and without limitation, Omni in its infringement contentions has not demonstrated that Samsung practices at least the following limitations:

. . .

- **U.S. Patent No. 9,651,533**
  - "the light source configured to increase signal-to-noise ratio by increasing a light intensity from at least one of the plurality of semiconductor sources and by increasing a pulse rate of at least one of the plurality of semiconductor sources" (claim 5)

[redacted]

Further, pursuant to Fed. R. Civ. P. 33(d), documents from which information responsive to this Interrogatory may be derived or ascertained include: SAM-OM_00027457-27458; SAM-OM_00027538-27568; SAM-OM_00027569-27635; SAM-OM_00027636-27716; SAM-OM_00027717-27818; SAM-OM_00027819-28317; SAM-OM_00028318-28400; SAM-OM_00028401-28495; SAM-OM_00028496-28571; SAM-OM_00028572-28634; SAM-

. . .