**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

OMNI MEDSCI, INC.,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC.,

Defendants.

NO. 2:24-CV-01070-JRG-RSP

**JURY TRIAL DEMANDED**

**FILED UNDER SEAL**

# **ORDER**

Before the Court is Plaintiff Omni MedSci, Inc.'s ("Omni") Opposed Motion to Compel a Pretrial Source Code Review and to Have the Source Code Computer Available at Trial for Review and Generation of Printed Source Code for Use at Trial ("Motion"). After a review of the parties' arguments in light of the record and applicable law, the Court **GRANTS** the Motion.

It is therefore **ORDERS** that: (1) Omni's expert, Dr. Christopher Daft, be allowed to review of Defendant Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") source code where a reasonable number of printouts can be made; (2) that Samsung makes the source code computer available throughout trial for any further review and printing of source code during trial; and (3) the printed source code will be admitted as a trial exhibit.