**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OMNI MEDSCI, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-01070-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS, CO. LTD. et al. | § | |

**Final Pretrial Conference and Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**September 2, 2026**

**OPEN: 9:01 a.m.** **ADJOURN: 12:12 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Ty Wilson, Karl Fink |
| ATTORNEYS FOR DEFENDANTS: | Gil Gillam, Steven Pepe, Daniel Kim, Jolene Wang, Ryan Brunner, Patrick Lavery |
| LAW CLERK: | Robert Plafker |
| COURT REPORTER: | Jodi Terry |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Wilson introduced co-counsel and announced ready. Mr. Gillam introduced co-counsel and announced ready.

The Court noted that this case is currently set for jury selection on August 14, 2026, before Judge Gilstrap. It is not on the list of trials that Judge Gilstrap has continued to the September trial docket. It will likely be on the October 2 docket which will start on October 5. An order of trials should be sent out in the next week or two and the Court expects it to be on that docket.

Mr. Wilson argued Plaintiff's Motion to Compel a Pretrial Source Code Review and to Have the Source Code Computer Available at Trial for Review and Generation of Printed Source Code for Use at Trial **(Dkt. No. 390)**. Mr. Pepe responded on behalf of Defendants. The Court **DENIED** the motion for the reasons orally assigned.

The Court heard argument on the exhibits. Ms. Wang and Mr. Kim argued on behalf of Defendants. Mr. Wilson argued on behalf of Plaintiff. The Court noted that the emailed chart or bucket list will be attached to the minutes. The Court made rulings as set forth in the record.

Recessed at 10:31 a.m.

Court reconvened and continued hearing argument on exhibits. Mr. Lavery and Ms. Wang argued on behalf of Defendants. Mr. Wilson argued on behalf of Plaintiff. The Court noted that Monday, September 21, was available for a follow-up hearing for any resolved issues. The Court directed Defendants to serve on Plaintiff the Thursday before the Monday hearing a copy of the declarations that will be presented at the hearing. The Court made rulings as set forth in the record.

Mr. Pepe raised issues re the amount of claims and narrowing of the case. Mr. Wilson and Mr. Fink responded. The Court directed the parties to confer on whether they can agree on a reduction that would apply to both sides. If unable to reach, Defendants should file a motion and propose what it thinks is reasonable and the Court will take it up.

Court adjourned.