**Omni's Objections to Samsung's Exhibits**

| Group # | Group Name (with General Description) | Representative Exhibits(s) | Exhibits | Basis for Objection |
|---|---|---|---|---|
| 1 | Samsung Documents<br><br>(hearsay technical-related documents) | DTX308 (PowerPoint) | DTX308<br><br>DTX375<br><br>DTX396<br><br>DTX567 | Hearsay<br><br>Irrelevant<br><br>Unfairly Prejudicial |
| 2 | Source Code<br><br>(incomplete set of the relevant source code) | DTX464 (Source Code) | DTX464 | FRE 106<br><br>Unfairly Prejudicial |
| 3 | Untimely Disclosed Alleged Third-Party Prior Art Systems<br><br>(third-party documents related to Samsung's untimely disclosed alleged prior art systems) | DTX231 (Nellcor) | DTX083<br><br>DTX089<br><br>DTX090<br><br>DTX169<br><br>DTX231<br><br>DTX232<br><br>DTX235<br><br>DTX236<br><br>DTX238<br><br>DTX245<br><br>DTX248 | FRE 901<br><br>FRCP 37(c)<br><br>Hearsay<br><br>Irrelevant<br><br>Unfairly Prejudicial |
| 4 | Alleged Prior Art Used Only in Combination with Excluded Third-Pary Systems | DTX 095 (Basu) | DTX 095<br><br>DTX134<br><br>DTX139<br><br>DTX175 | FRCP 37(c)<br><br>Hearsay<br><br>Irrelevant |

| Group # | Group Name (with General Description) | Representative Exhibits(s) | Exhibits | Basis for Objection |
|---|---|---|---|---|
| | | | | Unfairly Prejudicial |
| 5 | Non-Anticipation / Obviousness Reference<br><br>(referenced used only in relation to secondary considerations) | DTX092 (Nordstrom) | DTX092<br><br>DTX097 | Hearsay<br><br>Irrelevant<br><br>Unfairly Prejudicial<br><br>Court MIL No. 4 |
| 6 | Patent Licenses<br><br>(patent licenses including those subject to motion strike or needing redactions) | DTX065 (Dexcom) | DTX024<br><br>DTX065<br><br>DTX068 | DTX024: Subject to Motion to Strike (Dkt. No. 230)<br><br>Court MIL No. 13 |
| 7 | Inequitable Conduct Documents<br><br>(Documents Samsung only intends to rely on in the event its allegations of inequitable conduct are heard) | DTX073 (Article) | DTX073<br><br>DTX286 | FRE 402<br><br>FRE 403<br><br>Court MIL No. 5. |

**Samsung's Objections to Omni's Exhibits**

| Group # | Group Name (with General Description) | Representative Exhibit(s) | Exhibits | Basis for Objections |
|---|---|---|---|---|
| 1 | All current and potential future printouts of Samsung-produced source code | PX1 | PX1 | - Relevance<br>- FRE 403<br>- Untimely<br>- Speculative<br>- Opp. to Omni's Motion to Compel (Dkt. 390) |

| Group # | Group Name (with General Description) | Representative Exhibit(s) | Exhibits | Basis for Objections |
|---|---|---|---|---|
| 2 | Third-party Oura-confidential Documents | PX3 (Oura-RingConn Patent License & Settlement Agreement); PX5 (KPMG Valuation) | PX2 – PX5 | - Relevance<br>- FRE 403<br>- Hearsay<br>- Lacks foundation<br>- Lacks authentication<br>- Subject to Samsung's Motions (Dkts. 234) |
| 3 | Deloitte/IPSOS Surveys | PX7 (Deloitte 2021); PX10 (Ipsos 2023) | PX6 – PX10 | - Relevance<br>- FRE 403<br>- Hearsay<br>- Lacks foundation<br>- Lacks authentication<br>- Subject to Samsung's Motions (Dkts. 234) |
| 4 | Islam-SSI/SDS Emails | PX15 (Islam-Hong 2017 Email); PX16 (Islam-Lee-Hong-Jung 2017 Email) | PX11 – PX16 | - Relevance<br>- FRE 403<br>- Hearsay |
| 5 | Hearsay/Lacking Foundation Technical Documents | PX18 (The Standard for Heart Rate) + Omni's Translation | PX18 + translation, PX19, and PX20 + translation | - FRE 403<br>- Hearsay<br>- Lacks foundation<br>- Translations lacking foundation as to PX18 and PX20 |
| 6 | Compiled Worldwide Sales Data | PX21 | PX21 | - Relevance (as to unaccused products)<br>- FRE 403<br>- Hearsay<br>- Subject to Samsung's Motions (Dkts. 222 and 234) |
| 7 | Untranslated Technical Documents | PX28 (PPG (Photoplethysmography) Presentation) | PX22 – PX29 | - Relevance (as to the untranslated portions)<br>- FRE 403<br>- Not translated<br>- Any potential translations lacking foundation |