**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OMNI MEDSCI, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-01070-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS, CO. LTD. | § | |
| et al. | § | |

**Final Pretrial Conference (Motion Hearing)**
**MAG. JUDGE ROY PAYNE PRESIDING**
**October 2, 2026**

**OPEN: 9:00 a.m.** **ADJOURN: 10:17 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Daniel Stringfield, Karl Fink |
| ATTORNEYS FOR DEFENDANTS: | Melissa Smith, Steven Pepe, Jolene Wang, Daniel Kim |
| LAW CLERK: | Michael Paul |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Stringfield introduced co-counsel and announced ready. Ms. Smith introduced co-counsel and announced ready.

The Court heard argument on Defendants' Motion to Compel Plaintiff to Narrow Its Asserted Claim (Dkt. No. 403). Mr. Pepe argued on behalf of Defendants. Mr. Fink argued on behalf of Plaintiff. The Court **DENIED** Defendants' Motion to Compel **(Dkt. No. 403)**, and **DENIED AS MOOT** Defendants' Motion to Expedite Briefing on the Motion to Compel **(Dkt. No. 404)**.

Mr. Kim argued Defendants' objections to DTX 305 (+ Translation (DSTX305_478_SAMOM_ 00044372_English.pdf), 308, 375, 390 and 396 on grounds of hearsay, the sufficiency of the declarations submitted at Dkt. 405 to overcome the hearsay objections, and timeliness (as to DTX 305 and 390). Mr. Stringfield argued on behalf of Plaintiff.

Mr. Stringfield argued Plaintiff's objections to translations of PX-18, 20, and 22-29 on grounds of foundation and use by expert witnesses. Additionally, objections on relevance and to the number of translated pages in PX22-27. The Court directed Mr. Stringfield to email the Court and defense counsel Exhibits 308, 375, 396. Ms. Wang argued on behalf of Defendants. The Court will examine the arguments Plaintiff is making in the light of the declarations themselves and the exhibits, and will supplement the record with a ruling on those exhibits.

Ms. Wang addressed Defendants' arguments regarding how they claim that they merely parrot the language of FRE 803(6), and the admissibility hearsay within hearsay issue.

Mr. Fink and Mr. Stringfield addressed Defendants' Exhibits 305 and 390. Ms. Wang responded on behalf of Defendants. The Court made rulings as set forth in the record.

The Court noted that this case is released from the November trial docket. An Order of Trials for December, expected to start on December 7, should be out soon. Counsel will be updated as soon as possible.

Within a week after the Court rules on the exhibit disputes carried today, the parties are to exchange their final exhibit lists, incorporating all rulings and agreements. One week after that, after a meet-and-confer regarding any disputes, each side is to file its final exhibit list. If there are any remaining disputes, the parties were directed to file a joint notice for the Court's resolution.

Mr. Stringfield raised an issue about an additional deposition of Mr. Chapp in No. 2:26-cv-289, which was discussed at a recent pre-trial conference in that case, giving Samsung the opportunity to participate given the overlapping nature of the expected subject matter. Mr. Stringfield expressed his hope that all parties who want additional testimony, including Samsung, could do so at a single deposition to lessen the burden on Mr. Chapp. Mr. Pepe indicated Samsung was not prepared to address that issue at this time, but that Defendants had been working well with Omni and would consider this. The Court asked Omni to confer with Samsung on the issue.

The Court asked to be emailed copies of the three exhibits, 308, 375, and 396, for review.

Court adjourned.