**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OMNI MEDSCI, INC.,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-01070-JRG-RSP |

**ORDER**

Before the Court are Oura Health Oy's Motion to Suspend Deadlines Under the Third Amended Docket Control Order, **Dkt. No. 165**, and Omni's Cross-Motion for Consolidation, **Dkt. No. 179.** Having considered the Motions and the later severance of Oura's claims into *Omni Medsci, Inc. v. Oura Health Oy*, No. 2:26-cv-289-JRG-RSP, the Court **DENIES** both Motions as **MOOT**.

**SIGNED this 17th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE